## HARDEE et al. v. BANK OF DONALSONVILLE et al.

EVANS, P. J.  The legal principles controlling this case are defined in *Taylor* v. *Williams*, 139 *Ga.* 581 (77 S. E. 386), and *Pincus* v. *Meinhard*, 139 *Ga.* 365 (77 S. E. 82) ; and the judge did not abuse his discretion in refusing to appoint a receiver and grant an injunction as prayed.

*Judgment affirmed.  All the Justices concur, except Beck, J., absent.*

NOVEMBER 12, 1915.

Petition for injunction and receivership.  Before Judge Cox. Decatur superior court.  November 28, 1914.

*Harrell & Wilson* and *Hartsfield & Conger,* for plaintiffs.

*Will H. Krause, Pottle & Hofmayer,* and *E. M. Donalson,* for defendants.